FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 15 2021

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC LEE GARBER | Criminal Information<br><br>No. 1:21-CR-0376-SCJ |

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on a date unknown, but at least as of on or about May 2020, and continuing until at least May 22, 2020, in the Northern District of Georgia, and elsewhere, the defendant,

ERIC LEE GARBER,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least 5 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 846.

**Prior Conviction Notice**

Before the defendant, ERIC LEE GARBER, committed the offense charged in this Information, he was convicted of Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or More of Actual Methamphetamine, or 50 Grams or More of a Mixture of Methamphetamine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

KURT R. ERSKINE
   *Acting United States Attorney*

LAUREL B. MILAM
   *Assistant United States Attorney*
Georgia Bar No. 426939

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181